PAUL J. HANSON ET AL. *v.* COMMISSIONER OF TRANSPORTATION OF THE STATE OF CONNECTICUT

The plaintiffs' "Motion to Reopen Dismissal" of the appeal from the Superior Court in Fairfield County is granted by the court.

*Robert A. Slavitt,* in support of the motion.

*Kenneth N. Tedford,* in opposition.

Submitted April 28—decided May 11, 1978

DENNIS SEYMOUR *v.* MARGARET SEYMOUR

The plaintiff's motion for a review of the trial court's order terminating the stay of execution in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied by the court.

The motion by Peter A. Kelly, counsel for the minor child, for a review of the trial court's order terminating the stay of execution in the appeal from the Superior Court in New Haven County is granted and the relief sought is denied by the court.

*Gary I. Cohen* and *Peter A. Kelly,* in support of the motions.

Submitted February 22—decided May 12, 1978

The plaintiff's motion to amend his appeal from the Superior Court in New Haven County is granted by the court.

*Gary I. Cohen,* in support of the motion.

Submitted April 26—decided May 12, 1978

The defendant's motion to strike the plaintiff's motion to amend his appeal from the Superior Court in New Haven County is denied by the court.

*Mary Ellen Wynn,* in support of the motion.

Submitted May 10—decided May 12, 1978